James Bray
8080 EPPICK COURT
SAN DIEGO, CA 92114

FILED
08 JAN 23 PM 4:04
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: PDL DEPUTY

**THE UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| James Bray,<br>Plaintiff,<br>vs.<br>AMERIQUEST MORTGAGE CORP. /<br>AMC MORTGAGE SERVICES INC.<br>Town & Country Credit CORP.<br>CR Title Services Inc.<br>BUCHHALTERNEMER-A Professional Law Corporation<br>JOHN DOES 1- 20<br>Defendant(s) | Case No: '08 CV 0137 BTM JMA<br><br>**Complaint to Action of Quiet Title Lis Pendin**<br><br>**Failure to Give Full Disclosure Of Regulation Z Truth and Lending Act Title 5 USC section 1635(a)Title12 CFR 226.23(D)(I)**<br><br>**FTC (FTC Act Sec. 3, 15 U.S.C. Sec. 43),** |

**COMPLAINT**

"Here comes the, James Bray, bringing this complaint/ Action to Quiet Title/ Lis Penden. This controversy is over Four Hundred Thousand Dollars and it also involves real property IN WHICH James Bray HAS 100% INTEREST; located at 8080 EPPICK Court, San Diego CA 92114 and Loan No. 0083632968 of TOWN & COUNTRY CREDIT CORP. AND AMERIQUEST MORTGAGE CORP. / AMC 505 City Parkway West, Suite 100 Orange, CA 92868. Plaintiff also charge defendant(s) with violation of California Law.

**Invasion of Regulation Z of the Truth in Lending ACT, Title 5 USC (a) Title 12 CFR 226.23 (D) (I). FTC (FTC Act Sec. 3, 15 U.S.C. Sec. 43)**
Violation of the truth in lending act through failure to honor a valid rescission request in violation of 15 USC sec. 1635. **And the U. S. BANKRUPTCY CODES Whereas AMC in bad faith forced the home out of the agreed upon terms by a BuchalterNemer A Professional Law Corp and is attempting a forced sale in bad faith with malicious intent. The Federal Trade Commission has much to do with these types of predatory lenders and its notification of such shall along with the jury trial requested herein bring the requests truth to light for myself James Bray and the Public at large.**

## Jurisdiction of the Court

**Venue is proper in this district pursuant to 28 usc sec 1391(c) because the defendants do business in this district. Also the judicial panel on Multi-district litigation has issued an order centralizing predatory lending litigation against Ameriquest before.** The jurisdiction of this subject matter involves real property, **Predatory Lending, constructive fraud, misinformation, failure to give full disclosure of contract, and violations of Regulation Z of the Truth and Lending Act.** In further notice of jurisdiction and judicial notice the, James Bray, reserves all rights, waiver of none ever. A claim of relief can only be granted under the Bankruptcy Reform Act and a certificate of rescission and full reconveyance to borrower due to violations of the Truth in Lending Act and unjust enrichment by AMERIQUEST Mortgage CORP. / AMC and Town & Country Credit Corp. Jurisdiction pursuant to the Federal Tort Claim Act, which grants jurisdiction over subject matter of criminal elements,

and the United States District Court has original jurisdiction pursuant to 28 U.S.C., Cal 251, scope and extent of jurisdiction of Federal Court and thus grounds, which governs jurisdiction and **remedies under Title 42, 1983 and 1984 is operational under the color of State Law and offices.** The original jurisdiction was granted to the United States District Court Common Law Jurisdiction by Article III, section 2; judicial power of the United States shall be vested in the Supreme Court by the Constitution for the United States of America. **The Amendments without qualification petition relief and stay of foreclosure proceedings upon the Constitutional and U.S. Bankruptcy laws and while under and until federal jurisdiction warrants and justice is served.**

**Parties of Interest; Notice to one Notice to All**

Plaintiff is, James Bray.

Defendant(s): AMC MORTGAGE SERVICES / AMERIQUEST MORTGAGE CORP
505 City Parkway West, Suite 100, Orange, CA 92868

TOWN & COUNTRY CREDIT CORP. 765 Third Ave., suite 303
Chula Vista, CA 91910 License #813-6005

BUCHALTERNEMER A Professional Law Corp & Assigns,
David M. Lin. **Jason E. Goldstein.**
18400 Von Karman Avenue, suite 800, Irvine, CA 92612

David E. Britton 7777 Alvarado Road, #422 La mesa, CA 91945
Shamein McCray, Lenstar

Cc: **Department Of Corporations** 220 west fourth, suite 750 LA, CA 90013
Federal Trade Commission Washington DC 20580

**Substitution of Trustee and Beneficiary:** Previous Beneficiary(s) are replaced by original trustor James E. Bray, whereas the undersigned is the present Beneficiary under said Deed of Trust Instrument NO. 2004-0846497, and the undersigned **has fired** CR Title Services Inc as trustee as of above filing date and substitutes Dante Bray as sole trustee.

## Fact

On or around June 2004 an agreement was made between the, Town and Country Credit Corp. and subsequently the, AMC / AMERIQUEST MORTGAGE a CORPORATION, and the Purchaser, James Bray a real party. The Purchaser, James Bray has **in good faith Signed the loan agreement not once but twice due to the AMC representatives claim of a mistake in the first copies. Instead of a fixed mortgage payment for 30 years to my surprise my monthly amount jumped from $2,600.00 to $3,400.00. I, James Brady request, and request the United States district Court for AMC MORTGAGE SERVICES, INC , TOWN & COUNTRY CREDIT CORP. to bring forth the Original Note signed in blue ink by me James E. Brady as well as the second signed note by me James E. Brady forth at jury trial to ascertain what fraudulent deception really transpired. I may have been surprised but has since learned of the many Predatory facets of loans by AMC MORTGAGE SERVICES, INC , TOWN & COUNTRY CREDIT CORP. which is to be brought forth in a jury trial in this United States District Court. AMC MORTGAGE SERVICES, INC, TOWN & COUNTRY CREDIT CORP. shall right the wrong by giving a Reconveyance of above listed property forthwith.** Wherefore, the defendant and all parties of interest have **failed to give full disclosure of contract according to the Truth and Lending Act and Regulation Z** and have currently been served. James Bray is awaiting the notice of full Reconveyance of the Deed of Trust of said property by the President or Vice President of AMC MORTGAGE SERVICES, INC, and TOWN & COUNTRY CREDIT CORP... The affirmative fact, due to the

Predatory Practices and Dishonor mentioned in the above and pursuant to the our settlement agreement and stipulations below, that any dishonor/ arguments the purchaser/grantor can regain his rights and the original Deed of Trust is rescinded in good faith herein invoking herein the 3-year right of rescission clause due to the following reasons:

A) The ultimate fact due to the Predatory, unethical and outrageous business practices of the Defendants AMC MORTGAGE SERVICES, INC, TOWN & COUNTRY CREDIT CORP. and it's Cohorts, informed the borrower that upon cancellation a large amount of money would not be returned but as under the Truth in Lending Act if the rescission disclosures or material TILA disclosures are deficient, then the rescission period is extended for up to three years. See 12 C.F.R. sec 226.23(a) (3) Town & Country Credit Corp. And Amc's false and misleading statements deceived plaintiff and proximately caused their injury. James Bray, in his own stead, herein gives notice of rescission of the Deed of Trust under the statutes of fraud and also due to breach of agreement/dishonor of the administrative process, and in which James Bray requests defendant AMC MORTGAGE SERVICES, INC , TOWN & COUNTRY CREDIT CORP. to answer point for point under their full commercial liability and under penalty of perjury and signed before two witnesses and answer all the enclosed within 10 days of receipt of this Quiet title And Notice of Lis Penden for the County Recorder or be subject to a full reconveyance of property to the James Bray forthwith, and to fulfill the below stipulations as well,

due to their violations in this matter: The ultimate fact is that **AMC MORTGAGE SERVICES, INC , TOWN & COUNTRY CREDIT CORP. LLC**, is using all types of unjust enrichment at the peril of the Petitioner, James Bray, and

Petitioner requests the district court to bring this instant matter to a jury so all can see the unlawful tactics of the mortgage company and in settling this instant matter with the petitioner.

I, James Bray, give notice of the affirmative fact that there was a commercial dishonor, for which I exercise my rights by using the guidelines of the United Nations Convention therefore not only was there invasion of the named Convention, but there was also an invasion of Regulation Z of the Truth in Lending Act.. This means that there is no way for me to legally tender my debts, and one can use House Joint Resolution-192 to discharge any debts or obligations, public or private. Due to this outrageous and unethical behavior and business practice of these named Respondents, the public at large is in jeopardy. I, James Bray, bring forth this information to the U.S. District Court for a possible Grand Jury Review and possible indictments as this property(s) is paid a second time by way of Legal Tender of the UNITED STATES by Purchaser(s).

Fraud-

Permitting shown and demonstrated acts of fraud and actively participating in a scheming conspiracy of untruths and misrepresentation to deceive those who entrusted themselves in dealing in good faith, while specifically acting in deliberate bad faith wherein such fraud was shown (Cal. Penal Code sec. 532 18 USC 1001).

Conspiracy-

A confederation of two or more individuals who may not know each other but by their joint effort, commit some unlawful or criminal act. (Black's Law Dictionary). Multiple officials, agents, and other persons named properly noticed by the attached commercial affidavit continue to raise revenue by fraud and extortion, theft of rights of James Bray and the general public at large. (California Racketeering Act 18 USC 1961 ET. Seq.)

Domestic Mixed War- a mixed war is one which is made on one side of public authority and the other by mere private person, (Black's Law Dictionary 5th Ed. Page 1420). War does not exist merely because of an armed attack by Military forces of another nation until it is a condition recognized or accepted by political authority of Government, which is attacked either through an actual declaration of war or other acts demonstrating such, criminally under Title 18, Section 4, civilly under Title 42, Section 1983, 1985, 1986, position emphasis added: (Suaser V. Sun Life Assure Co. Of Canada, D.C. 57 F Supp. 620, 621)

**Mixed war is the disintegration of peace**: Webster's states: "A State of hostility, conflict, or antagonism, a struggle between opposing forces," not necessarily open, violent, armed confrontations, although a continued state of disrupted peace by any forced lead to

open conflict as I James E. Bray am currently residing at 8080 Eppick court in Peaceful Possession.

The named Respondents The President/ Vice President of AMC MORTGAGE SERVICES, INC, TOWN & COUNTRY CREDIT CORP. LLC, did act in their private capacity and are hereby accused of the following crimes against humanity, and violation of the rights of the people of this California Republic/ International Communities/ Universal Declaration of Human Rights or obligation are secured, preserved or defined by the Constitution, art.1 sec. 10.

Treason-

Treason is defined as the assault against the authority to which one owes allegiance. It is one of three specific crimes named in the United States Constitution. It requires that one commit an act of war against the Constitution or giving aid and comfort to an enemy, such clearly, action by government officer and such private officer who have privileged authority in Commerce by the Constitution, in specific connection to the above violations. Malfeasance of office along with violating their oath of office and in the related connected activities here in as listed above and below is nothing short of Treason.

In addition to and along with the above cited crimes, the accuser's acting in concert with each other complete such acts as listed as follows:

Racketeering;

Is the combination of the above identified crimes. Title 18 United States Codes Section 1961 (RICO) defines it as **involving a host**

**of patterned criminal actions that includes but is not limited to an act or threat of murder, kid napping, gambling, arson, and as in the instant case, robbery, bribery, extortion, Fraud, slavery, misrepresentation, etc..**

The explanation of crimes above stem from other hidden crimes being forced upon the general public at large / the People of this California Republic and the International Communities. Such Crimes and this Affidavit of Information, is registered in the overall context of the Bankruptcy of the United States the, District of Columbia) as per Jurisdiction set for In the U.S. Constitution Article 1, section 8, clause 17, and 18 and Article 4, Section 3, clause 2) the United States Bankruptcy is a direct result of the Federal Reserve act of Dec. 22, 1913, in which the delegated authority of Congress to be Responsible for the Nation's currency was unconstitutional and was clearly reiterated on march 17, 1993 on the floor of the House of Representatives by James Traficant, Jr. (Ohio) addressing the House, it is recorded in the United States Congressional Record, Wednesday, March 17, 1993, vol. 33 page HI303:

"Mr. Speaker, we are here now in chapter 11, member of congress are official trustees presiding over the greatest reorganization of any bankrupt entity in world history. The U.S. Government," he further mentioned, "the U.S. attorney general the "permanent member" to the Secretariat of the Interpol operation and the Secretary of the Treasury , the "alternate permanent member" under article 30 of the constitution , and regulation of Interpol 22 USC 263 (a), the agents are required to renounce their allegiance to their respective

countries and expatriate consequently, all "public servant" official, Congressmen, politician, Judges, attorney, law enforcement personnel, the states and their various agencies are express agents of the foreign principal. Private Municipal Corporation in behalf of the United States

This RICO enterprise should be subject to 28 USC sec 4 of the commission of crimes cognizable by a court of the United States. Title 18 USC sec 513 mentions: "Whoever makes, utters, or possesses a counterfeited security of a State or political subdivision thereof or of an organization, or whoever makes, utters, or possesses a forged security of a state or political subdivision thereof, or organization with intent to deceive another person, organization, or government shall be fined not more than $250,000 or imprisoned not more than ten (10) years or both." Among securities defined at 18 USC sec 2311 is included: "evidence" of indebtedness, which in a broad sense may mean anything that is due and owing, which would include a duty, obligation, or right of action.

**Waiver of Contractual Right**

I, James Bray, shall not be deemed to have waived any right under this agreement unless such waiver is given in writing and signed by the Petitioner. The failure of either party to enforce one or more provisions of this agreement shall not be construed as a waiver or limitation of that Party's right agreement. No delay or omission on

the part of the Petitioner in exercising a right shall operate as waiver of such right or any other right. A waiver by the Petitioner of a provision of this agreement shall not prejudice or constitute a waiver of the Secured Party's right otherwise to demand strict compliance with that provision or any other provision of this agreement. No prior waiver by James Bray nor any course of dealing between James Bray, and the Debtor, The President/ Vice President of the defendant company's, shall constitute a waiver of the Secured Party's rights or of Debtor obligations under this agreement as to future Transactions, whenever the consent is required under this Agreement, the granting of such consent by the Petitioner in one instance shall not constitute consent over the whole.

UCC 3-103 fraud, misrepresentation, duress, Estoppels, Bankruptcy, principal and agent law of contract.

UCC 3-103. Duty to act in good faith requires honesty not dishonesty / reasonable Commercial Standard of fair Dealing.

UCC 403. Filing Public Record or upon Acceptance by Filing offer.

UCC 1-201 (11) offer/ consideration/ Acceptance

UCC 1-105 Territorial, Application of the act, practice, Power to choose, Application Law, choose law, conflict of Law.

**Payment of Twenty million dollars, U.S.D. $20,000,000.00**

| Nature of Crime | Damage Penalty | Authority of Damage |
| --- | --- | --- |

| | | |
|---|---|---|
| Fraud | $10,000.00 | 18 USC 1001 |
| 2 counts theft of exemption | $10,000.00 | 18 USC 872 |
| From count 3 (felony) (18USC 2112) | $250,000.00 | 18USC 3571, 3623 |
| Conspiracy | $10,000.00 | 18USC, 241 |
| Racketeering (Criminal) | $25,000.00 | 18USC, 1963 |
| Grand theft Larceny | $250,000.00 per day | 18 USC 872 |

Racketeering (Civil Value) Whatever the actual damages are, that can be proven, multiplied by 3, triple the damages.

$10,000.00 x 3 = $ 18 USC, 1964

100 Constitutional Violations

(Human Rights violation) $9,250,000.00

Partial table total

Racketeering civil penalties

The affirmative fact, that I, James Bray, further have reason to believe that the general public and the public at large are in jeopardy due to these **Constitutional Violations and Predatory, fraudulent and Unethical business practices of ASC and its Cohorts** and the President and Vice President of AMC MORTGAGE SERVICES, INC , TOWN & COUNTRY CREDIT CORP.S willful refusal to give full disclosure pursuant to Regulation Z of the Truth in Lending Act that there is no real and Lawful Money and I am expecting Relief under said acts. This is the reason I, James Bray honor the defendant's mutual administrative settlement agreement herein and stipulations to have filed, a Quiet title Lis Penden, under the rules of the common law, to

test the Validity and let the Jury make the Determination whether there is a Breach of Contract between the Purchaser/Grantor and the Seller/Grantee. The Quiet title is also to test whether there was a breach of agreement or a breach of duty of AMC MORTGAGE SERVICES, INC, TOWN & COUNTRY CREDIT CORP. to give full Reconveyance of the property. And to Further Test the Validity of whether the President/ Vice President of AMC MORTGAGE SERVICES, INC , TOWN & COUNTRY CREDIT CORP. has the right to enforce an acceleration clause that is on the deed of trust, when the highest court in the land, the U.S. BANKRUPTCY COURT HAS STAYED ALL PROCEEDINGS WHERIN SECURED PARTY CREDITOR IS MAKING MONTHLY PAYMENTS TO AMERIQUEST MORTGAGE THROUGH THE COURT AS AGREED.

And when the right of the 3 year rescission was invoked due to fraud and dishonored by AMC MORTGAGE SERVICES, INC , TOWN & COUNTRY CREDIT CORP., and when there is evidence that the defendant AMC MORTGAGE SERVICES, INC , TOWN & COUNTRY CREDIT CORP. never gave full disclosure among other things to be submitted to the jury at trial, nor loaned anything of substance to James Bray and, **does AMC MORTGAGE SERVICES, INC , TOWN & COUNTRY CREDIT CORP. BUCHALTERNEMER A Professional Law Corp & Assigns, David M. Lin. Jason E. Goldstein, David E. Britton, Shamein McCray deserve to have their license to do business revoked as has happened to so many other predatory lenders and their co-horts?**

The AMC MORTGAGE SERVICES, INC, TOWN & COUNTRY CREDIT CORP. failed to respond within the 10 days (PRIVATE) (20 with Subpoena) as requested or cancel the transaction and return the property back. AMC MORTGAGE SERVICES, INC, TOWN & COUNTRY CREDIT CORP. willfully failed to give full disclosure, according to Regulation Z and the Truth and Lending Act, of check book

credit/ credit debit, a.k.a. letter of credit (bill of credit) and they declined to have an independent, certified accountant To review the lawful money that was originally loaned to see if there were clean hands in the above matter and consideration given.

The , James Bray further affirms and is informed that the president/ vice president of AMC MORTGAGE SERVICES, INC , TOWN & COUNTRY CREDIT CORP. continue to this day to refuse to give satisfaction.

**Statement of Cause**

The James Bray is further informed that the affirmative fact is that the President/ Vice President of, AMC MORTGAGE SERVICES, INC, TOWN & COUNTRY CREDIT CORP. and cohorts, also failed to disclose that the original loan was created by a check book entry, which may be sold in the open market as a promissory note with no consideration to the plaintiff. **IF AMERIQUEST HAS NOT BEEN PAID NEARLY ALL OF THE AGREED UPON LOAN AMOUNT BY WAY OF THE SALE OF THE PROMISSORY NOTE, PLAINTIFF DEMANDS PROOF BY AMERIQUEST BRINGING THE ORIGINAL NOTE SIGNED IN BLUE INK BY THE BORROWER JAMES E. BRAY TO THE COURT FOR THE JURIES EXAMINATION, OR FOR A JUST AND TIMELY FULL RECONVEYANCE TO THE PROPERTY ADDRESSED AS 8080 EPPICK COURT, SAN DIEGO, CA 92114 WITHIN 10 DAYS.** The defendant further failed to disclose to the plaintiff that he would be converted into just a joint tenant for 30 years.

The, James Bray, in his own stead, rescinds the loan contract due to constructive fraud and usury, and also due to Predatory and Unethical business practices, TILA violations and furthermore demands a jury trial for relief.

**Judicial Notice of How a Claim of Relief can be granted**

A) The , James Bray gives **Judicial Notice to the United States District Court that relief can only be granted A) Regulation Z of the Truth in Lending Act Title 5 USC Section 1635 (A) and the Title 12 CFR 226.23 (d)(I), 9th Circuit ruling in Yamamoto v. Bank of New York, 329 F3d 1167. Per Regulation Z Action for rescission and Replevin is further authorized Per House Joint Resolution-192/ the Emergency Bankruptcy of 1933.**

**C) Under the Settlement agreement and the stipulations between the parties, James Bray and the President/ Vice President of AMC MORTGAGE SERVICES, INC, TOWN & COUNTRY CREDIT CORP...** Judicial Notice, the plaintiff James Bray, anticipates dishonor of the President/ Vice President of AMC MORTGAGE SERVICES, INC, TOWN & COUNTRY CREDIT CORP. and its attorneys, to continue to dishonor via harassment of and by threatening of non-judicial foreclosure in state court, by a appointed trustee, even after notice of rescission according to this issuance of my contractual 3 year right of recession which was also refused.

**Conclusion / Prayer**

James Bray, further anticipates that the President/ Vice President of AMC MORTGAGE SERVICES, INC, TOWN & COUNTRY CREDIT CORP. will take no notice of administrative settlement agreement between the parties, in an attempt to cover up their predatory dealings and I hereby pray / request an order for Reconveyance with Prejudice due to defendants failure to honor all the above and adjust the account.

1) Prayer that the President/ Vice President of AMC MORTGAGE SERVICES, INC , TOWN & COUNTRY CREDIT CORP. honor the terms and conditions of the settlement agreement between the parties to Stay of all predatory and dishonorable / non-judicial foreclosure proceeding, stay of harassment of the defendant and its silent partners.

2) Request to the Court that the President/ Vice President of AMC MORTGAGE SERVICES, INC , TOWN & COUNTRY CREDIT CORP. honor the terms and conditions of the settlement agreement between the parties request for four times the above, which will be presented at trial.

3) Request to the Court that the President/ Vice President of AMC MORTGAGE SERVICES, INC, TOWN & COUNTRY CREDIT CORP. give full disclosure pursuant to Regulation Z of the Truth-in-Lending Act, that there were no Predatory practices at will (AMC MORTGAGE SERVICES, INC, TOWN & COUNTRY CREDIT CORP. **Dishonored** by silence, James Bray's Request to have a professional accountant to check the credit and debit of the account) and

bring forth the original signed promissory note by JAMES E. BRAY.

4) Request to the Court that the President/ Vice President of AMC MORTGAGE SERVICES, INC , TOWN & COUNTRY CREDIT CORP. honor the terms and conditions of the settlement agreement, and further **relief can only be granted by Regulation Z of the Truth in Lending Act**

**Title 5 USC Section 1635 (A) and the Title 12 CFR 226.23 (a)-(d), 9th Circuit ruling in Yamamoto v. Bank of New York, 329 F3d 1167. Per Regulation Z Action for rescission and Replevin is further authorized Per House Joint Resolution-192/ the Emergency Bankruptcy of 1933.**

6) Request to the Court that the President/ Vice President of AMC MORTGAGE SERVICES, INC , TOWN & COUNTRY CREDIT CORP. honor the terms and conditions of the settlement agreement between the parties and prays to have the President and Vice President of AMC MORTGAGE SERVICES, INC , TOWN & COUNTRY CREDIT CORP. swear under their full commercial liability under the penalty of perjury and sign a jurat or record a full Reconveyance on the Deed of Trust to the James Bray in the County Recorder and do whatever the District Court of the United States deems to be proper and just.

## Verification

I, James Bray, attest and affirm that the above information mentioned in this affidavit of truth / Quiet Title is true and correct of the affirmative fact that there was a commercial dishonor, for which I exercised my rights by using the guidelines of the United Nations Convention therefore not only was there invasion of the named Convention, but there was also an invasion of Regulation Z of the Truth in Lending Act.. This means that there is no way for me to legally tender my debts, and one can use House Joint Resolution-192 to discharge any debts or obligations, public or private. Due to this outrageous and unethical behavior and business practice of these named Respondents, the public at large is in jeopardy is to the best of my knowledge and belief.

Dated: 1-21-08

Henceforth Submitted, "Without Prejudice"

James E. Bray

James E. Bray, UCC 3-402

# UNITED STATES DISTRICT COURT
# SOUTHERN JUDICIAL DISTRICT

## DECLARATION OF SERVICE

I am over the age of 18 and I hereby attest and confirm that I personally served an Authorized Agent of

**USD COURT**

**at their place of business known as 880 FRONT ST , San Diego, CA 92101, and that I served the following documents:**

**QUIET TITLE / JAMES BRAY.**

**To Proof of Service, I do hereby declare to be true and correct to the best of my knowledge and ability that I have served the party(s) named hereon with a true copy of the document within.**

**January 22, 2008**

Rick Lake ____________________ **Signature of Person Serving**

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

FILED

08 JAN 23 PM 1:06

CLERK US DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA

BY: [signature] DEPUTY

**I. (a) PLAINTIFFS** James Bray, 8080 EPPICK COURT, SAN DIEGO, CA 92114

(b) County of Residence of First Listed Plaintiff: San Diego
(EXCEPT IN U.S. PLAINTIFF CASES)

(c) Attorney's (Firm Name, Address, and Telephone Number)
James Bray

**DEFENDANTS** AMERIQUEST MORTGAGE CORP., 505 City Parkway West, Suite 100

County of Residence of First Listed Defendant: Orange, CA 92868.
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

Attorneys (If Known) '08 CV 0137 BTM JMA

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☑ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS**

PERSONAL INJURY
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury

PERSONAL INJURY
- ☐ 362 Personal Injury - Med. Malpractice
- ☐ 365 Personal Injury - Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- ☐ 370 Other Fraud
- ☑ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 444 Welfare
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 440 Other Civil Rights

**PRISONER PETITIONS**
- ☐ 510 Motions to Vacate Sentence
- Habeas Corpus:
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

**FORFEITURE/PENALTY**
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 R.R. & Truck
- ☐ 650 Airline Regs.
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt.Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☑ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State Statutes

**V. ORIGIN** (Place an "X" in One Box Only)

☑ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify) ☐ 6 Multidistrict Litigation ☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION**

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity): Regulation Z Truth and Lending Act Title 5 USC 1635(a)

Brief description of cause: Failure to Give Full Disclosure

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 DEMAND $

CHECK YES only if demanded in complaint: JURY DEMAND: ☑ Yes ☐ No

**VIII. RELATED CASE(S) IF ANY** (See instructions): JUDGE ______ DOCKET NUMBER ______

DATE 1/21/08 SIGNATURE OF ATTORNEY OF RECORD [signature]

FOR OFFICE USE ONLY

RECEIPT # 146790 AMOUNT $350 1/23/08 BH APPLYING IFP ______ JUDGE ______ MAG. JUDGE ______

UNITED STATES
DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO DIVISION

# 146790 - BH
* * C O P Y * *
January 23, 2008
16:06:54

Civ Fil Non-Pris
USAO #.: 08CV0137 CIVIL FILING
Judge..: BARRY T MOSKOWITZ
Amount.: $350.00 CA

Total-> $350.00

FROM: BRAY V. AMERIQUEST MORTGAGE
CIVIL FILING