Summons in a Civil Action (Rev 11/97)

# United States District Court

FILED

**SOUTHERN DISTRICT OF CALIFORNIA**

08 APR 10 PM 4:21

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: DEPUTY

James Bray

vs

Ameriquest Mortgage Corp. / AMC Mortgage Services Inc., Town + Country Credit Corp., CR Title Services Inc., Buchalter Nemer A Professional Law Corporation, John Does 1-20

**SUMMONS IN A CIVIL ACTION**

**Case No.** 08 CV 0137 BTM JMA

**TO: (Name and Address of Defendant)**

CR Title Service Inc.
P.O. Box 1500
Rancho Cucamonga, CA 91729-1500

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

James Bray
8080 Eppick Court
San Diego, CA 92114

An answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr. — APR 10 2008

CLERK — DATE

J. PARIS

By , Deputy Clerk

Summons in a Civil Action



::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

CR

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE 4/10/08 |
| NAME OF SERVER<br>Sean C[illegible] | TITLE<br>independent |
| Check one box below to indicate appropriate method of service | |

Served personally upon the defendant. Place where served: __________

Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

Name of person with whom the summons and complaint were left: __________

Return unexecuted:

Other (specify): Certified mail w/ return receipt at U.S. post office San Diego, CA 92101

## STATEMENT OF SERVICE FEES

| TRAVEL | | SERVICES | TOTAL $0.00 |
|---|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:

Date 4/10/08 __________ [signature]
Signature of Server

113 West 6. St #203 San Diego, CA 92101
Address of Server

## NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure