# United States District Court

FILED

**SOUTHERN DISTRICT OF CALIFORNIA**

08 APR 10 PM 3:08

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

James Bray

VS

Ameriquest Mortgage Corp. / AMC Mortgage Services INC., Town + Country Credit Corp., CR Title Services Inc., Buchalter Nemer A Professional Law Corporation, John Does 1-20

**SUMMONS IN A CIVIL ACTION**

DEPUTY

Case No. 08 CV 0137 BTM JMA

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

James Bray
8080 EPPICK COURT
San Diego, CA 92114

An answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.

CLERK

APR 10 2008

DATE

J. PARIS

By , Deputy Clerk

SEAL