BUCHALTER NEMER
A Professional Corporation
BERNARD E. LESAGE (SBN: 61870)
RACHAEL H. BERMAN (SBN: 174718)
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457
Telephone: (213) 891-0700
Facsimile: (213) 896-0400
Email: blesage@buchalter.com

Attorneys for Defendant
Ameriquest Mortgage Company, AMC Mortgage Services, Inc., Town & Country Credit Corp., and Buchalter Nemer

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

JAMES BRAY,

Plaintiff,

vs.

AMERIQUEST MORTGAGE CORP.; AMC MORTGAGE SERVICES, INC.; TOWN & COUNTRY CREDIT CORP.; CR TITLE SERVICES, INC.; BUCHALTERNEMER, A PROFESSIONAL LAW CORPORATION; JOHN DOES 1 -20.

Defendants.

Case No. 08 CV 0137 BTM JMA

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS COMPLAINT FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED [F.R.C.P. 12 (b)(6)]**

**[Per Chambers no oral argument unless requested by the Court]**

Date: June 20, 2008
Time: 11:00 a.m.
Judge: Hon. Barry Ted Moskowitz
Ctrm: 15

**TO THE HONORABLE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT,** in conjunction with the hearing on the Motion to Dismiss Complaint Pursuant to Federal Rules of Civil Procedure, Rule 12(b)(6), Defendants Ameriquest Mortgage Company (erroneously sued as Ameriquest Mortgage Corp.), AMC Mortgage Services, Inc., Town & Country Credit Corp., and Buchalter Nemer, A Professional

Law Corporation (erroneously sued as BUCHALTERNEMER, A Professional Law Corp.)[1] respectfully request that pursuant to Federal Rules of Evidence Rule 201, this Court take judicial notice of the following documents which are attached hereto under the following exhibit numbers:

1. Deed of Trust signed by James E. Bray and Nancy M. Bray in favor of Town & Country Credit Corp., recorded as Document Number 2004-0846497 on September 7, 2004 in the Office of the County Recorder of San Diego County.

2. Chapter 13 Bankruptcy Petition of James Eugene Bray, filed on July 31, 2006 in the United States Bankruptcy Court for the Southern District of California, case number 06-02020-JH-13.

3. Order On Default of Stipulation Re Adequate Protection, Entered on November 5, 2007, in the United States Bankruptcy Court for the Southern District of California, in bankruptcy case number 06-02020-JH-13.

4. Grant Deed from James E. Bray to Robert Woodruff, Greg Walden, Debby Walden, John Kerry Juan Lopez and Valerie Lopez "Trust," recorded on January 25, 2008 as Document Number 2008-0036255 in the Office of the County Recorder of San Diego County.

5. Chapter 13 Bankruptcy Petition of Robert Woodruff, filed on January 14, 2008 in the United States Bankruptcy Court for the Southern District of California, case number 08-10518-VK.

6. Complaint for Injunctive Relief, Restitution and Relief Pursuant to Sections 17206 and 17536 of the Business and Professions Code; Stipulation for Entry of Permanent Injunction and Final Judgment and Order; and Permanent Injunction and Final Judgment in *California v. Ameriquest Mortgage Company etc. et al.*, Alameda County Superior Court Case No. RG06260804 (the "Ameriquest Multistate Settlement").

7. Signature of James Bray on the Ameriquest Multistate Settlement Release Form.[2]

---

[1] Ameriquest Mortgage Company, AMC Mortgage Services, Inc., Town & Country Credit Corp., and Buchalter Nemer are sometimes hereinafter collectively referred to as "Defendants."

[2] Bray's social security number is redacted for privacy purposes.



BUCHALTER NEMER
A PROFESSIONAL CORPORATION
LOS ANGELES

Judicial notice of the foregoing is appropriate because their contents and authenticity cannot reasonably be disputed. Under Federal Rule of Evidence 201(b), judicial notice is proper for facts that are capable of accurate and ready determination by resorting to sources whose accuracy cannot be reasonably questioned. Matters that are appropriate for judicial notice include matters of public record, such as pleadings, orders and other papers on file in the pending action or in another action in another court. *See,* Mack v. South Bay Beer Distributors, Inc., 798 F.2d 1279, 1282 (9th Cir. 1986). When a party has requested judicial notice and supplied the court with the necessary information, judicial notice is mandatory. Federal Rule of Evidence 201(d).

As regards numbers 6 and 7 above, on a Rule 12(b)(6) motion, the Court may consider documents not attached to the complaint if there is no question as to their authenticity and Plaintiff's claims necessarily rely on those documents. *Parrino v. FHP, Inc.*, 146 F.3d 699, 706 (9th Cir. 1998). This rule prevents plaintiffs from generating complaints invulnerable to Rule 12(b)(6) simply by clever drafting. Defendants anticipate that Plaintiff cannot and will not disavow his own signature on the Ameriquest Multistate Settlement Release Form.

Accordingly, Defendants request that this Court take judicial notice of the foregoing pleadings and public records.

DATED: April 23, 2008

BUCHALTER NEMER
A Professional Corporation

By: [signature]
BERNARD E. LESAGE
RACHAEL H. BERMAN
Attorneys for Defendant
Ameriquest Mortgage Company

BN 1766060v1

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is at BUCHALTER NEMER, A Professional Corporation, 1000 Wilshire Boulevard, Suite 1500, Los Angeles, California 90017-2457.

On the date set forth below, I served the foregoing document described as:

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS COMPLAINT FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED [F.R.C.P. 12 (b)(6)]**

on all other parties and/or their attorney(s) of record to this action by _____ faxing and/or __x__ placing a true copy thereof in a sealed envelope as follows:

James Bray
8080 Eppick Court
San Diego, CA 92114

Fred Timothy Winters
MILES, BAUER, BERGSTROM & WINTERS, LLP
1665 Scenic Avenue, Suite 200
Costa Mesa, CA 92626
714-481-8317 tel.
714-481-9152 fax
fwinters@mileslegal.com

☒ **BY MAIL** I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. The address(es) shown above is(are) the same as shown on the envelope. The envelope was placed for deposit in the United States Postal Service at Buchalter Nemer in Los Angeles, California on April 23, 2008. The envelope was sealed and placed for collection and mailing with first-class prepaid postage on this date following ordinary business practices.

☒ I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. Executed on April 23, 2008, at Los Angeles, California.

Violet Carrera ____________________ (Signature)