**EXHIBIT 3**

CSD 1001A [11/15/04]

Name, Address, Telephone No. & I.D. No.
David Liu, Esq. (California Bar No. 216311)
Jason E. Goldstein, Esq. (California Bar No. 207481)
Buchalter Nemer, A Professional Corporation
18400 Von Karman Ave., Ste 800, Irvine, CA 96212
Attorneys for AMC Mortgage Services, Inc.
Telephone:(949) 760-1121 Facsimile:(949) 720-0182

UNITED STATES BANKRUPTCY COURT
Order Entered on November 05, 2007 by Clerk U.S. Bankruptcy Court Southern District of California

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

| | | |
|---|---|---|
| In Re. James Eugene Bray | BANKRUPTCY NO. 06-02020-JH-13 | RS. No. BN-001 |
| | Date of Hearing: | 4/24/2007 |
| | Name of Judge: | 10:00 a.m. |
| Debtor. | Name of Judge: | Hargrove |

## ORDER ON
DEFAULT OF STIPULATION RE ADEQUATE PROTECTION

**IT IS ORDERED THAT** the relief sought as set forth on the continuation pages attached and numbered two (2) through 2 with exhibits, if any, for a total of 2 pages, is granted. Motion/Application Docket Entry No. 45

//
//
//
//
//
//

DATED: November 05, 2007

Judge, United States Bankruptcy Court

Signature by the attorney constitutes a certification under Fed. R. of Bankr. P. 9011 that the relief in the order is the relief granted by the court.

Submitted by:

BUCHALTER NEMER
(Firm name)

By: /s/ Jason E. Goldstein
Attorney for ☒ Movant ☐ Respondent
AMC Mortgage Services, Inc.



American LegalNet, Inc.
www.USCourtForms.com

United States of America
Southern District of California } SS

This is to certify that the within and attached document is a full, true and correct copy of the original thereof, as the same appears on file in the offices of the Clerk of the United States Bankruptcy Court of the Southern District of California.

Witness this 28 day of February 2008
Barry K. Lander
Clerk of Court

By: ______________________
Deputy Clerk

On or about April 24, 2007, Movant and Debtor agreed to resolve the matter by way of Stipulation.

On or about June 19, 2007, the Court entered a Stipulation Re Adequate Protection Order.

On or about June 1, 2007, a default occurred in that the Debtor failed to make the monthly payment to Movant.

As a result of the default, on or about October 3, 2007, Movant sent a notice of the default to the Debtor and Debtor's attorney of record.

To date the default has not been cured.

No objections or Request for Hearing having been filed by or on behalf of the Debtor, IT IS HEREBY ORDERED as follows:

The automatic stay pursuant to 11 U.S.C. §362 is hereby terminated for all purposes as to Movant in connection with the estate's and the Debtor's interes in the the real property located at 8080 Eppick Court, San Diego, CA 92114 (the "Property"), and legal description as LOT 1 OF CITY OF LEMON GROVE TRACT NO. 0032, IN THE CITY OF LEMON GROVE, COUNTY OF SAN DIEGO, STATE OF CALIFORNIA, ACCORDING TO MAP THEREOF NO 12920, FILED IN THE OFFICE OF THE COUNTY RECORDER OF SAN DIEGO, COUNTY, FEBRUARY 21, 1992, IT IS FURTHER ORDERED that:

This Order be effective immediately and the 10-day waiting period prescribed by Federal Rules of Bankruptcy Procedure, Rule 4001)a)(1) are hereby waived

American LegalNet, Inc.
www.USCourtForms.com



*Signed by Judge John J. Hargrove November 05,2007*