**EXHIBIT 4**

DOC # 2008-0036255

RECORDING REQUESTED BY

&

AND WHEN RECORDED MAIL TO:

F6
2P
1C-1P

ROBERT WOODRUFF, et al
8080 EPPICK COURT
Lemon Grove, CA [91945]

JAN 25, 2008 9:03 AM

OFFICIAL RECORDS
SAN DIEGO COUNTY RECORDER'S OFFICE
GREGORY J. SMITH, COUNTY RECORDER
FEES: 14.00
OC: OC

**PAGES: 2**

SPACE A

AND MAIL TAX STATEMENTS TO

Same as above

3181

DOCUMENTARY TRANSFER TAX $ 0

[x] Computed on the consideration or value of property conveyed; OR
[ ] Computed on the consideration or value less liens or encumbrances Remaining at time of sale

The undersigned, this is a gift
Signature of Declarant or Agent determining tax- Firm Name

APN # 577-310-61-00

# GRANT DEED

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged,

JAMES E. BRAY, do (es) hereby GRANT(S) to "ROBERT WOODRUFF, GREG WALDEN, DEBBY WALDEN, JOHN KERRY JUAN LOPEZ AND VALERIE LOPEZ "TRUST".

The real property in the City of Lemon Grove County of San Diego State of California, described as:

8080 EPPICK COURT. LEMON GROVE, CA [91945 Legal Descriptions See Exhibit A

Date: JUNE 7TH 2006

JAMES E. BRAY

STATE OF CALIFORNIA } SS
COUNTY OF San Diego } SS

On 12/28 2007 before me, C Morton a Notary Public, personally appeared James Eugene Bray ~~personally known to me~~ (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s) or the entity upon behalf of which the person(s) acted, executed the instrument. Witness my hand and official seal.

Signature C Morton - Notary Public

seal

C. MORTON
COMM. # 1741918
NOTARY PUBLIC-CALIFORNIA
SAN DIEGO COUNTY
MY COMM. EXP. APR. 26, 2011

2

3182

EXHIBIT "A"

PARCEL A:

LOT 1 OF CITY OF LEMON GROVE TRACT NO. 0032, IN THE CITY OF LEMON GROVE, COUNTY OF SAN DIEGO, STATE OF CALIFORNIA, ACCORDING TO MAP THEREOF NO. 12920, FILED IN THE OFFICE OF THE COUNTY RECORDER OF SAN DIEGO COUNTY, FEBRUARY 21, 1992.

PARCEL B:

AN EASEMENT AND RIGHT OF WAY FOR PRIVATE DRAINAGE PURPOSES OVER, UNDER, ALONG AND ACROSS THAT PORTION OF LOTS 2 AND 3 OF THE CITY OF LEMON GROVE TRACT NO. 0032, IN THE CITY OF LEMON GROVE, COUNTY OF SAN DIEGO, STATE OF CALIFORNIA, ACCORDING TO MAP THEREOF NO. 12920, FILED IN THE OFFICE OF THE COUNTY RECORDER OF SAN DIEGO COUNTY, FEBRUARY 21, 1992, DESIGNATED AND DELINEATED AS "PRIVATE DRAINAGE EASEMENTS".

This is a true certified copy of the record
if it bears the seal, imprinted in purple ink

GREGORY J. SMITH
Assessor/Recorder/Clerk
San Diego County, California

FEB 28 2008