08cv137-BTM

BTM

) STATES DISTRICT COURT
IERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
FRONT STREET, SUITE 4290
)IEGO, CALIFORNIA 92101-8900

OFFICIAL BUSINESS

049J82045269
$00.59
07/22/2008
Mailed From 92132
US POSTAGE

NIXIE 921 DC 1 00 07/30/08
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 92101892965 *0604-03021-22-41

92114$9999

92101@8929

Case: 3:08cv137

RETURNED MAIL
L.R. 83.3.e requires prompt notification to the court of any change of address.
Date: 8/12/08

James Bray
8080 Eppick Court
San Diego, CA 92114

---

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

JAMES BRAY,

Plaintiff,

vs.

AMERIQUEST MORTGAGE CORP., TOWN & COUNTRY CREDIT CORP., CR TITLE SERVICES INC., BUCHALTERNEMER – A PROFESSIONAL LAW CORPORATION; JOHN DOES 1-20

Defendants.

CASE NO. 08cv0137 BTM(JMA)

**ORDER GRANTING DEFENDANTS' MOTIONS TO DISMISS**

Defendants Ameriquest Mortgage Company (erroneously sued as Ameriquest Mortgage Corp.), AMC Mortgage Services, Inc., Town & Country Credit Corp., and Buchalter Nemer, A Professional Law Corporation (erroneously sued as Buchalternemer, A Professional Law Corp.), have filed a motion to dismiss Plaintiff's Complaint. Defendant CR Title Services Inc. has also filed a motion to dismiss Plaintiff's Complaint. For the reasons discussed below, Defendants' motions to dismiss are **GRANTED**.

## I. <u>STANDARD</u>

Under Fed. R. Civ. P. 8(a)(2), the plaintiff is required only to set forth a "short and plain statement" of the claim showing that plaintiff is entitled to relief and giving the defendant