# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

JAMES BRAY,

Plaintiff,

vs.

AMERIQUEST MORTGAGE CORP., TOWN & COUNTRY CREDIT CORP., CR TITLE SERVICES INC., BUCHALTERNEMER – A PROFESSIONAL LAW CORPORATION; JOHN DOES 1-20

Defendants.

CASE NO. 08cv0137 BTM(JMA)

**ORDER RE: ENTRY OF JUDGMENT**

In an order filed on July 22, 2008, the Court granted Defendants' motions to dismiss but granted Plaintiff leave to file an amended complaint within 15 days of the entry of the order. Plaintiff has not filed an amended complaint. Therefore, the Court orders the Clerk to enter judgment **DISMISSING** this case without prejudice.

**IT IS SO ORDERED.**

DATED: August 25, 2008

Barry Ted Moskowitz

Honorable Barry Ted Moskowitz
United States District Judge