# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

James Bray

**V.**

Ameriquest Mortgage Corp., Town & Country Credit Corp., CR Title Services, Inc., Buchhalternemer - A Professional Law Corporation; John Does 1-20

## JUDGMENT IN A CIVIL CASE

**CASE NUMBER:** 08cv0137-BTM(JMA)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that this case is dismissed without prejudice. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

August 25, 2008
Date

W. Samuel Hamrick, Jr.
Clerk

s/V.Trujillo
(By) Deputy Clerk

ENTERED ON August 25, 2008